UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Case No. 08-CV-5278 (PAM/JJG)

TERRY NELSON and GARY LARSON, as
Trustees of the Painters and Allied Trades
District Council No. 82 Health Care Fund
AND THE Painters and Allied Trades District
Council No. 82 Vacation Fund,
TERRY NELSON and WILLIAM GRIMM, as
Trustees of the Minneapolis Local 386 Drywall
Finishing Industry Pension Fund,
TERRY NELSON and GARY LARSON, as
Trustees of the Minneapolis Painting Industry Pension Fund,
TERRY NELSON and ROBERT SWANSON, as
Trustees of the Minnesota Finishing Trades Training Fund,
and each of their successors,

TERRY NELSON and JOHN NAKASONE, as Trustees
of the St. Paul Painting Industry Pension Fund,
and each of their Successors;

      Plaintiffs,                                                         **ORDER FOR JUDGMENT**

vs.

GAUSMAN PLASTERING & STUCCO, INC.,

      Defendants.

_____

This matter came before the undersigned on the 3rd day of March, 2009, upon motion by the Plaintiffs for an Order for Entry of Judgment. This Court entered an Order on January 8, 2009 (Document No. 13) finding that the Plaintiffs were entitled to an Order requiring the Defendants to submit the outstanding fringe fund reports and contributions and that Defendant is liable to Plaintiff in the amount of $4,130.18.

This matter is now before the Court upon motion by the Plaintiffs for entry of a money judgment, which included affidavits identifying the amounts determined to be

due following submission of the fringe fund reports, including an affidavit from Amanda R. Cefalu identifying the amounts incurred for attorney fees and costs relating to this matter.  Defendants have been provided ten (10) days notice of this motion.  Therefore,

**IT IS HEREBY ORDERED**:

1.   That in accordance with all of the previous filings and this Court's Order dated January 8, 2009 Plaintiff shall have judgment against Defendant Gausman Plastering & Stucco, Inc. in the amount of $25,510.38.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 7, 2009               BY THE COURT:


                                  s/Paul A. Magnuson
                                  The Honorable Paul A. Magnuson
                                  Chief United States District Judge